CROSAS, PETICIONARIA Y APELANTE, *v.* GUTIÉRREZ, OPOSITORA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre administración judicial.

MOCIÓN de la parte apelada para corregir los autos.

No. 1045.—Resuelto en diciembre 16, 1913.

CORRECCIÓN DE AUTOS—CONSTANCIAS DE OTRO PLEITO DISTINTO.—Por medio de una moción sobre corrección de autos no se puede añadir a una transcripción de una apelación una certificación expedida por el secretario de la corte inferior referente a constancias de otro pleito distinto del que es objeto del recurso y que no se demuestra que formen parte del récord de la corte inferior.

ID.—ALCANCE DE LA REGLA 55 DEL REGLAMENTO DE ESTE TRIBUNAL.—La regla 55 del reglamento de este tribunal es aplicable a los casos en que se trata de corregir un error, o suplir una omisión en la transcripción de autos, pero no puede servir de base para que esta corte revise, por medio de una moción para corregir los autos, la aprobación impartida por la corte sentenciadora a una exposición de hechos.

Los hechos están expresados en la resolución de la corte.

Abogado de la apelante: *Sr. Eduardo Acuña.*
Abogado de la apelada: *Sr. Luis Muñoz Morales.*

### RESOLUCIÓN.

POR CUANTO, la parte apelada ha presentado en esta corte una moción para corregir los autos, en la cual solicita la eliminación de ciertas constancias incluídas en la exposición del caso presentada a los efectos de esta apelación y aprobada por la corte sentenciadora, y solicita además que en el caso de que se le niegue dicha eliminación, se una a los autos una certificación que acompaña relativa a la pendencia en la corte sentenciadora de otro pleito distinto entre estas mismas partes, acerca de la nulidad de un testamento.

POR CUANTO, esta corte no puede añadir a los autos radicados en ella a los efectos de una apelación una certificación expedida por el secretario de una corte inferior referente a constancias de otro pleito distinto del que es objeto del recurso pendiente ante este tribunal y que no se demuestra que forman parte del record de la corte inferior en este caso.

POR CUANTO la regla 55 del Reglamento de esta corte es aplicable a los casos en que se trata de corregir un error, o suplir una omisión en la transcripción de autos, pero no puede servir de base para que este tribunal revise, por medio de una moción para corregir los autos, la aprobación impartida por la corte sentenciadora a una exposición de hechos.

POR TANTO, vista la doctrina sentada en el caso de *Orama et al.* v. *Oyanguren,* resuelto en marzo 26, 1913, (pág. 310); y teniendo en cuenta que puede discutirse en el acto de la vista de este caso la cuestión de si el testamento cerrado inserto en la exposición del caso aprobada por el tribunal sentenciador puede ser tomado o nó en consideración por este tribunal al resolver el presente recurso, se deniega la moción presentada por la parte apelada el 10 de diciembre corriente, y celébrese la vista de este caso, señalada para el día de mañana.

*Denegada la moción.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Aldrey.

Los Jueces Sres. Presidente Hernández y Asociado Mac-Leary no tomaron parte en la resolución de esta moción.